1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  FEDERAL NATIONAL MORTGAGE                ) Case No.: 1:11-cv-001093 LJO JLT
    ASSOCIATION,                             )
12                                           ) ORDER ADOPTING THE FINDINGS AND
                        Plaintiff,           ) RECOMMENDATIONS GRANTING
13                                           ) PLAINTIFF'S MOTION TO REMAND THE
            v.                               ) MATTER TO THE KERN COUNTY
14                                           ) SUPERIOR COURT AND TO DISMISS THE
    MANUEL DIAZ, CARLA E. PATTON, and        ) MATTER
15  DOES 1 to 10 INCLUSIVE,                  )
                                             ) (Doc. 14)
16                                           )
                        Defendants.          )
17  _____ )

18          Manuel Diaz ("Diaz") removed an unlawful detainer action filed in Kern County Superior

19  Court by the plaintiff, Federal Home Loan Mortgage Corporation.  (Doc. 1).  Plaintiff Federal

20  National Mortgage Association ("Plaintiff") seeks to remand the action to Kern County Superior

21  Court.  (Doc. 11).  On August 16, 2011, the Magistrate Judge recommended Plaintiff's motion to

22  remand the matter to Kern County Superior Court be granted.  (Doc. 14).  The Magistrate Judge

23  found the notice of removal was procedurally defective because it violated the "rule of unanimity."

24  Further, the Magistrate Judge determined Diaz failed to establish any basis for federal court

25  jurisdiction.

26          To remove a case to federal court in cases involving multiple defendants, such as the current

27  matter, the "rule of unanimity" requires that all defendants must join in a removal petition.

28  *Wisconsin Dept of Corrections v. Schacht*, 524 U.S. 381, 393 (1998), citing *Chicago, Rock Island, &*

1

1   *Pacific Railway Co. v. Martin*, 178 U.S. 245, 248 (1900).  The Magistrate Judge found Diaz failed to

2   indicate his co-defendant joins or consents to the removal.

3          As the party seeking removal to the federal Court, Diaz "bears the burden of actually proving

4   the facts to support jurisdiction, including the jurisdictional amount." *Sanchez v. Monumental Life*

5   *Ins.*, 102 F.3d 398, 403 (9th Cir. 1996), *citing Gaus v. Miles*, 980 F.2d 564, 566-67 (9th Cir. 1992).

6   The Magistrate Judge found that the underlying complaint in the unlawful detainer action establishes

7   the Court lacks jurisdiction, because an unlawful detainer action arises under state law.  *See*

8   *Deutsche Bank Nat'l Trust Co v. Solih Jora*, 2010 U.S. Dist. LEXIS 105453, at *4 (E.D. Cal. Oct. 1,

9   2010).  Further, to have diversity jurisdiction, the amount in controversy must exceed the sum or

10  value of $75,000.  28 U.S.C. § 1332(a).  However, the Magistrate Judge reviewed the state court

11  docket, and found it indicates the amount sought by Plaintiff in the action was less than $10,000.

12  (Doc. 18 at 4). Therefore, the Magistrate Judge concluded the Court lacks subject matter and

13  diversity jurisdiction.  *Id.*

14         The Magistrate Judge noted Diaz was proceeding *pro se* and did not have the benefit of

15  counsel.  (Doc. 14 at 5).   Further, the Magistrate Judge noted Plaintiff failed to provide evidence to

16  support its contentions in the motion to remand, and that the Court was unable to conclude Diaz

17  acted in bad faith.  Therefore, the Magistrate Judge recommended Plaintiff's request for attorney fees

18  and sanctions be denied.  *Id.* at 6.

19         Although the parties were granted twenty-one days from September 19, 2011, or until

20  October 11, 2011, to file objections to the Magistrate Judge's Findings and Recommendations, no

21  objections were filed by Plaintiff or Diaz.  Notably, the parties were advised that failure to file

22  objections within the specified time may waive the right to appeal the Court's order.  (Doc. 14 at 7).

23         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley*

24  *United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of

25  the case.  Having carefully reviewed the entire file, the Court finds that the findings and

26  recommendation are supported by the record and by proper analysis.

27  ///

28  ///

2

1    Accordingly, **IT IS HEREBY ORDERED** that:

2    1.    The Findings and Recommendations filed September 19, 2011, are

3          **ADOPTED IN FULL**;

4    2.    The matter is **REMANDED** to the Kern County Superior Court; and

5    3.    The Clerk of Court **IS DIRECTED** to close this action because this order terminates

6          the action in its entirety.

7

8    IT IS SO ORDERED.

9  **Dated:    October 12, 2011            /s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3